UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY VAN DYKE,<br><br>             Plaintiff,<br><br>      v.<br><br>D.K. SISTO, et al.,<br><br>             Defendants. | NO. CV-08-3120-JLQ<br><br>**ORDER REQUESTING STATUS REPORT RE: SERVICE**<br><br>**U.S. MARSHAL ACTION REQUESTED** |

On October 22, 2009, the court ordered the Clerk of the Court to forward the Complaint as well as other documents to the United States Marshal with directions that the Marshals serve Defendants Sisto, Sequira, Fuizzotti, and Gums. *See* Ct. Rec. 14. Nothing has been filed to indicate service has been effectuated by the U.S. Marshal.

The court hereby requests the United States Marshal of this district to file a status report as to the steps taken to date to effectuate service as directed by the court on October 22, 2009. The court requests that this report be filed within seven (7) days of receipt of a copy of this Order.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and the United States Marshal of this District.

**DATED** this 22nd day of January 2010.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
             SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1

ORDER - 2