UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY VAN DYKE,<br><br>             Plaintiff,<br><br>    v.<br><br>D.K. SISTO, et al.,<br><br>             Defendants. | NO. CV-08-3120-JLQ<br><br>**ORDER DIRECTING STATEMENT AS TO REPRESENTATION OF DEFENDANT SEQUIRA and CONSENT TO MAGISTRATE** |

    On October 22, 2009 the court directed the United States Marshal to serve Defendants Sisto, Sequira, Fuizzotti, and Gums. On January 20, 2010, there being nothing in the record to reflect completed service of process, the court entered an Order directing the U.S. Marshal to report to the court within ten days on the status of service. The Marshal have not responded to the court's January 20, 2010 Order, specifically as to service on the Defendant Sequira. On February 11, 2010, the state Attorney General's Office filed an Answer on behalf of Defendants Sisto, Fuizzotti, and Gums. Though the Answer contains denials as to allegations made against Defendant Sequira, it contains no explanation as to why counsel has not made an appearance on behalf of Sequira.

    The Plaintiff herein has filed a written Consent to this matter being assigned to a United States Magistrate Judge for the Eastern District of California for all further

ORDER - 1

1  proceedings including trial.  Counsel for the Defendants shall file a statement within ten days
2  of receipt of a copy of this Order as to whether a similar consent will be filed as to the named
3  Defendants.
4        Accordingly, IT IS HEREBY ORDERED: Counsel from the California Attorney
5  General's office shall file a statement within ten (10) days of receipt of a copy of this Order
6  as to whether he will also be appearing for the Defendant Sequira and if not, the reason
7  therefor.  Counsel for the Defendants shall also file a statement as to consent for a United
8  States Magistrate Judge for the Eastern District of California presiding over this matter.
9        **IT IS SO ORDERED.**  The District Court Executive is directed to enter
10 this Order and  provide a copy to Plaintiff and counsel for the appearing Defendants.
11       **DATED** this11th  day of March 2010.

          s/ Justin L. Quackenbush
          JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2