UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY VAN DYKE,<br><br>        Plaintiff,<br><br>vs.<br><br>T. C. SEQUIRA, et al,<br>        Defendants. | No. CV-08-3120-JLQ<br><br>ORDER DIRECTING THE UNITED STATES MARSHAL TO REPORT CONCERNING SERVICE OF PROCESS ON T. C. SEQUIRA |

On October 22, 2009, this court entered its Order Directing the U. S. Marshal To Serve Complaint (C.R. 14). Service apparently has been completed on three of the four Defendants, however, counsel for those Defendants, Jeffrey Steele, Deputy Attorney General for the State of California, has filed a Statement (C.R. 24) dated March 17, 2010 that T. C. Sequira, who the complaint alleges was employed as a Captain at Solano State Prison, has not been served with the Summons and Complaint.

The United States Marshal for the Eastern District of California is hereby directed to file an Affidavit of Service if such service has been effected on T. C. Sequira as ordered by the court. If service of process was completed the court will forthwith enter an Order of Default against T. C. Sequira. If such service has not been effected, the Marshal shall forthwith effect such service and file an Affidavit of

///

///

///

ORDER - 1

1  Service in this file.  The Clerk shall enter this Order and furnish copies to the United
2  States Marshal for the Eastern District of California, to the Plaintiff, and to Mr. Steele.
3       Dated this 29th day of April, 2010.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2