UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRADLEY VAN DYKE,

               Plaintiff,

     v.

D.K. SISTO, et al.,

               Defendants.

NO. CV-08-3120-JLQ

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND AMENDING THE DEADLINE FOR AMENDMENT OF THE PLEADINGS**

On May 17, 2010, the day responses to the Plaintiff's request for production of documents were due, defense counsel motioned the court for a 30-day extension of time to June 16, 2010 for Defendants to respond. The basis for the requested extension is the recent production of documents by the institution, as well as defense counsel's work and personal schedule.  Defendants' Motion for Extension of Time (Ct. Rec. 31) is **GRANTED**. Defendants' response to the request for production of documents shall be served on or before **June 16, 2010**.   NO FURTHER EXTENSION WILL BE GRANTED.

The Scheduling Order sets the deadline for amendment of the pleadings as May 26, 2010.  Due to the delay in production of documents, the court hereby amends the scheduling order and extends the deadline for amendment of the pleadings to **July 15, 2010**.  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and counsel.

**DATED** this 18th day of May 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1