UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRADLEY VAN DYKE,

    Plaintiff,

v.

D.K. SISTO, et al.,

    Defendants.

NO. CV-08-3120-JLQ

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**;

In a motion filed October 28, 2010, Plaintiff requests an additional 45-days to respond to the Defendants' Motion for Summary Judgment due to limitations imposed by a prison mandate restricting prisoners' use of the law library. The court will allow Plaintiff the requested additional time until **December 30, 2010** to respond to Defendants' Motion for Summary Judgment. Plaintiff is warned, however, that any request for additional time is unlikely to be granted as the extension herein granted is generous. IT IS HEREBY ORDERED Plaintiff's Motion for Extension of Time (**Ct. Rec. 52**) is **GRANTED**.

The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and counsel for the Defendants.

**DATED** this 29th day of October 2010.

            s/ Justin L. Quackenbush
            JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1